## LAW OFFICE OF
## LOCKSLEY O. WADE, LLC

Telephone: (212) 933-9180  
Facsimile: (212) 933-9181  
E-mail: wade@wadefirm.com  
http://wadefirm.com

Locksley O. Wade, Esq.  
11 Broadway  
Suite 615  
New York, NY 10004

*Via ECF/CM and Fax Number: (212) 805-7942*

January 13, 2020



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 1/14/2020

Honorable Alvin K. Hellerstein  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street, Room 1050  
New York, NY 10007

Re: Dedewo v. CBS Corporation,  
Case No. 18-CV-09132-AKH

Dear Judge Hellerstein:

The plaintiff writes to inform the Court that the parties have tentatively reached a settlement on all causes of action in the above referenced case. Therefore, in light of this development, Plaintiff respectfully moves the Court to enter an order of dismissal with leave to reinstate the case to the calendar should the parties not execute a formal settlement agreement within thirty-days before the order of dismissal becomes final.

Respectfully submitted,

/s/ *Locksley O. Wade*  
Locksley O. Wade, Esq.  
*Attorney for Plaintiff*

c.c. *Via ECF/CM*  
    Laura Sack, Esq.  
    Kaitlyn E. Fallon, Esq.  
    Davis Wright Tremaine LLP  
    New York, NY 10020  
    *Attorneys for Defendant*

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.  
Date: 1/14/2020