ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy      Date: 3/24/2020
       by Order of Judge Alvin K. Hellerstein

**Deborah Dedewo v. CBS Corporation -18 Civ. 9132 (AKH)**

The status conf. previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

       Date : June 26 , 2020
       Time: 10:00 am
       Place: U.S. Courthouse - Southern District of New York
          500 Pearl Street
          Courtroom 14D
          New York, New York 10007

                   So Ordered,

                   _____/s/_____
                   **Alvin K. Hellerstein**
                       **United States District Judge**