UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
Deborah Dedewo,                                              :
                                                             :
                                                             :     **ORDER REGULATING**
                                          Plaintiff,         :     **PROCEEDINGS**
                                                             :
          -against-                                          :     18 Civ. 9132 (AKH)
                                                             :
                                                             :
                                                             :
          CBS Corporation,                                   :
                                                             :
                                          Defendant.         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On November 13, 2020, I held a telephonic status conference in the above-

captioned matter.  As discussed at the conference, parties shall discharge all discovery

obligations by December 4, 2020.  Fact discovery shall be completed by March 26, 2021.  Parties

are hereby ordered to appear for a status conference on April 16, 2021 at 10 am.

      SO ORDERED.

Dated:      November 13, 2020          _____/s/ Alvin K. Hellerstein_____
            New York, New York              ALVIN K. HELLERSTEIN
                                            United States District Judge