

21st Floor<br>
1251 Avenue of the Americas<br>
New York, NY 10020-1104<br>
<br>
**Laura Sack**<br>
212.603.6450 tel<br>
212.379.5224 fax<br>
<br>
laurasack@dwt.com

April 13, 2021

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The April 30 status conference is adjourned until May 7, 2021 at 10am.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 4/14/21

    Re:    *Dedewo v. CBS Corporation*
             Case No. 18-CV-09132 (AKH)

Dear Judge Hellerstein:

      This firm represents the Defendant in the above referenced action. Pursuant to Rule 1.D of this Court's Individual Rules, Defendant submits this letter to request a brief adjournment of the status conference scheduled for April 30, 2021, as the undersigned has a deposition in another matter scheduled on that date. This is Defendant's first request for an adjournment, to which Plaintiff's counsel consents.

      The parties are available on May 7 and May 14 at 10 a.m. if the Court is available on those dates. No other scheduling date is affected by this adjournment.

      We appreciate the Court's consideration of this request.

                              Respectfully submitted,

                              Laura Sack

cc:    Matthew Marks, Esq. (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.