UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
DEBORAH DEDEWO,

                              Plaintiff,

   -against-

CBS CORPORATION,

                            Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

18 Civ. 9132 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 7, 2021, I held a status conference in the above-captioned matter. As discussed during the conference, the dates in the current case management plan are adjourned as follows:

1. All fact discovery must be completed by June 11, 2021;

2. The parties shall meet and confer on June 16, 2021 at 2 p.m. at Plaintiff's offices;

3. The parties shall attend a case management conference on July 9, 2021, at 10 am.

        SO ORDERED.

Dated:     May 7, 2021              _____/s/ Alvin K. Hellerstein_____
             New York, New York          ALVIN K. HELLERSTEIN
                                                               United States District Judge