UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH DEDEWO,

                       Plaintiff,                Docket No.: 18-CV-09132 (AKH)

    -against-

                                                  So ordered; the Clerk shall terminate ECF 73.
CBS CORPORATION,                               /s/ Alvin K. Hellerstein
                                                     Alvin K. Hellerstein
                      Defendant.               5/14/21
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION

       PLEASE TAKE NOTICE, that Plaintiff Deborah Dedewo, through her attorneys of record, hereby respectfully gives notice of its withdrawal, with prejudice, of the pending Motion for Reconsideration, filed by Plaintiff on April 21, 2021 (Dkt. Nos.: 73 & 74).

Dated: Long Island City, New York
       May 12, 2021

                                                                 Very truly yours,

                                                                 _/s/ signature_

                                                                 RICOTTA & MARKS, P.C.
                                                                 Matthew Marks
                                                                 Attorneys for Plaintiff
                                                                 24-11 41st Avenue, Second Floor
                                                               Long Island City, New York 11101

To: Laura Sack, Esq. (Via ECF)