UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
Deborah Dedewo,

                                 **ORDER REGULATING**
                                 **PROCEEDINGS**
                 Plaintiff,

     -against-                                 18 Civ. 9132 (AKH)

CBS Corporation,

                 Defendant.
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         The Court is in receipt of Defendant's June 7, 2021, letter regarding Plaintiff's discovery violations, ECF No. 85. Plaintiff admits to discovery malfeasance, and claims ignorance as an excuse. Defendant proposes dismissal of Plaintiff's case as an appropriate sanction, but the court believes that is too harsh. Beyond suffering additional and needless expense, Defendant seems not to have been prejudiced. The Court orders as follows:

1. Plaintiff shall make full and complete production by July 25, 2021;

2. Plaintiff has forfeited any further discovery she wishes to pursue;

3. Defendant may re-depose Plaintiff at Plaintiff's expense; and

4. Plaintiff shall pay $5,000 forthwith to defendant to defray expenses caused by plaintiff's malfeasance.

         The Clerk shall terminate the open motion, ECF No. 85.

         SO ORDERED.

Dated:      June 11, 2021           _____/s/ Alvin K. Hellerstein_____
               New York, New York           ALVIN K. HELLERSTEIN
                                                        United States District Judge