UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
Deborah Dedewo,                                                   :
                                                                  :
                                                                  :     **ORDER REGULATING**
                                                                  :     **PROCEEDINGS**
                          Plaintiff,                              :
                                                                  :
         -against-                                                :     18 Civ. 9132 (AKH)
                                                                  :
                                                                  :
                                                                  :
CBS Corporation,                                                  :
                                                                  :
                          Defendant.                              :
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court is in receipt of Defendant's November 30, 2021, letter regarding Plaintiff's discovery violations, ECF No. 94.  Plaintiff admits to not complying responsively with all discovery requests.  She claims that her noncompliance was unintentional and is ready to repair the error by providing full copies of the email chain in question.

        Accordingly, the motion to dismiss the case is denied.  The sanction is not appropriate.  The Clerk shall terminate the open motion, ECF No. 94.

        SO ORDERED.

Dated:     December 2, 2021             /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge