

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Laura Sack**
212.603.6450 tel
212.379.5224 fax

laurasack@dwt.com

December 7, 2021

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

/s/ Alvin K. Hellerstein
December 7, 2021

Re: *Deborah Dedewo v. CBS Corporation*
Case No. 18-CV-9132 (AKH)

Dear Judge Hellerstein:

    This firm represents the defendant CBS Corporation (now known as ViacomCBS Inc.) ("Defendant") in the above-referenced case. Discovery ended yesterday, and we now write jointly with Plaintiff's counsel to advise that the parties have agreed to the following summary judgment briefing schedule, subject to the Court's approval: opening brief due January 12, 2022; opposition brief due February 11; reply brief due February 25. This briefing schedule allows the parties and their counsel to take some time off at year-end for the holidays.

    Assuming this briefing schedule is acceptable, there are no other open issues in need of the Court's attention at this time. Accordingly, the parties jointly request that the Court adjourn the status conference currently scheduled for December 10, 2021.

    We thank the Court for its consideration of the parties' joint request, as described above.

Respectfully submitted,

Laura Sack

Laura Sack

cc: Matthew Marks, Esq. (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.