

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Laura Sack**
212.603.6450 tel
212.379.5224 fax

laurasack@dwt.com

March 9, 2022

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The argument scheduled for March 23, 2022 is adjourned to April 6, 2022, at 12:00 p.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
March 9, 2022

Re:  *Deborah Dedewo v. CBS Corporation*
Case No. 18-CV-9132 (AKH)

Dear Judge Hellerstein:

This firm represents the defendant CBS Corporation (n/k/a Paramount Global) ("Defendant") in the above-referenced case. We write in response to the Court's order dated March 9, 2022, in which Your Honor directed the parties to appear on March 23, 2022 for oral argument to resolve Defendant's pending Motion for Summary Judgment. (Docket Doc. No. 112.)

Because Defendant's counsel has a prior commitment on March 23, we are unable to appear for oral argument on that date. Accordingly, Defendant respectfully requests, with Plaintiff's consent, that the oral argument be adjourned to one of the following dates, on which counsel for both parties are currently available: April 6, 7, 11 or 12, 2022. This is Defendant's first request for an adjournment of the oral argument.

We thank the Court for its consideration of Defendant's request, as described above.

Respectfully submitted,

*Laura Sack*

Laura Sack

cc:   Matthew Marks, Esq. (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.