**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEBOROAH DEDEWO,

                           Plaintiff,

              -against-                              18 **CIVIL** 9132 (AKH)

                                                          **<ins>JUDGMENT</ins>**

CBS CORPORATION,

                           Defendant.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order and Opinion dated April 5, 2022, Defendant's motion for summary judgment is granted. Judgment is entered in favor of Defendant with costs; accordingly, the case is closed.

**Dated:**  New York, New York

       April 5, 2022

                                                **RUBY J. KRAJICK**

                                         _____
                                                **Clerk of Court**
                **BY:**              K. Mango
                                            _____
                                             **Deputy Clerk**